# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 314 WAL 2017

       Respondent    :

          :    Petition for Allowance of Appeal from

          :    the Order of the Superior Court

       v.    :

ROBERT STRINGER,    :

       Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.